CLC/JGC: March 2026
HBO GJ # 8

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOSE EMILIO BA-RUIZ** | ) |

## INDICTMENT

### COUNT ONE
*Forcibly Assaulting A Federal Officer*
**[18 U.S.C. §111(a)(1) & (b)]**

The Grand Jury charges that:

On or about the 2nd day of February 2026, in Shelby County, within the Northern District of Alabama, the defendant,

**JOSE EMILIO BA-RUIZ,**

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114 – namely, United States Immigration and Customs Enforcement Deportation Officer S.F., who was engaged in official duties – causing physical contact and inflicting bodily injury, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY

        CATHERINE L. CROSBY
        Acting United States Attorney

        */s/electronic signature*
        JOHN G. CAMP
        Assistant United States Attorney