FILED
2026 May-26  PM 05:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **No. 2:26-CR-00073-EGL-HNJ** |
| | ) |
| **JOSE EMILIO BA-RUIZ** | ) |

## GOVERNMENT'S FACTUAL BASIS FOR PLEA

The Government would be prepared to prove, at a minimum, the following facts at the trial of this case, and submits them as a factual basis for plea:

On February 2, 2026, officers with ICE/ERO and Customs and Border Protection (CBP), were conducting surveillance at 1564 Kent Dairy Road in Alabaster, Alabama, attempting to locate a target of investigation. While conducting surveillance, a white Ford Van, Alabama tag number 1A18H38, left from the area of the targeted address. License plate checks revealed the registered owner was a foreign national with no known lawful status in the United States. Officers activated emergency lights and initiated a vehicle stop in the area of 22 Shady Acres Road in Alabaster, Alabama, located within the Northern District of Alabama.

Deportation Officer (DO) SF arrived at the location to assist. Officers approached the driver of the vehicle, and specifically SF approached the front seat passenger. Officers were wearing bullet proof vests with police markings.

The driver stated that she was a native and citizen of Mexico with no lawful identification in the United States.  The front seat passenger, Jose Emilio Ba-Ruiz stated he was a native and citizen of Mexico with no lawful immigration documents to be in the United States.  SF asked Ba-Ruiz to exit the vehicle and Ba-Ruiz complied.

As Ba-Ruiz exited the vehicle, he turned his back to DO SF. DO SF saw Ba-Ruiz had a knife in his front right pants pocket.  SF verbally stated she saw the knife and recovered the knife.  SF then told Ba-Ruiz he was under arrest, on suspicion of being an illegal alien in the United States.

SF attempted to handcuff Ba-Ruiz, who pulled away and began resisting, failing to comply with SF.  During the encounter between Ba-Ruiz and SF, a second officer could hear SF tell Ba-Ruiz to stop, and although unable to see the entire encounter, observed arms flailing in the air.  In addition, a witness, who was later interviewed, also observed the struggle between SF and Ba-Ruiz.

During the struggle, Ba-Ruiz pushed SF's hands away and, in doing so, caused SF to fall to the ground and hit her head.  Ba-Ruiz then fled the scene on foot. Another officer went to the passenger side of the van to assist SF.  At that time, a witness walked up on scene and called emergency medical services to the scene. CBP secured and arrested the driver of the van without incident.

SF was transported to the hospital where it was discovered SF suffered a concussion. SF also had a cut to the jaw, a knot on the head, a cut on the ankle, and a cut on the knee.

While on the scene, officers discovered a cellphone on the ground on the passenger side of the van that was believed to have been left by Ba-Ruiz during the struggle. The cellphone was later turned over to another DO. Additional agents and officers arrived in the area to assist in locating Ba-Ruiz.

Officers observed multiple phone numbers that were calling the cellphone. Record checks through ACCURINT revealed that one of the phone numbers was associated with an address close to the surveillance location at 1564 Kent Dairy Rd.

Officers traveled to the address and observed a maroon Honda Accord, Alabama tag number 58AER19, parked at the residence. A short time later, officers observed the Honda Accord leave the residence and travel to the same area as the van did previously, that Ba-Ruiz was a passenger in.

The vehicle stopped and law enforcement observed a male appear to be entering the Honda Accord. Agents noted that although they observed a male enter the vehicle, it appeared that the vehicle was only occupied by the driver, indicating the male was attempting to conceal himself. Agents and officers then conducted a vehicle stop on the Honda Accord at the intersection of Kent Dairy Rd and State Route 119 in Alabaster.

3

Agents and officers approached the Honda Accord and observed an individual lying in the back seat of the vehicle. Subsequent investigation revealed that the individual was Ba-Ruiz. Officers ordered Ba-Ruiz out of the vehicle.

Officers spoke to Ba-Ruiz and again determined Ba-Ruiz was a native and citizen of Mexico who was unlawfully present in the United States. When asked why he ran previously, he stated because he did not have papers. Ba-Ruiz was taken into ICE custody and transported to the ICE Birmingham Office.

Upon arrival, Ba-Ruiz was fingerprinted, and it was discovered Ba-Ruiz was a native and citizen of Mexico who had been previously taken into ICE custody in 2011. Ba-Ruiz was granted a voluntary departure under safeguards and returned to Mexico. While at the ICE office, a Homeland Security Special Agent (HSI SA) conducted an interview with Ba-Ruiz. SA interpreted between English and Spanish. Ba-Ruiz was advised of his *Miranda* Rights. Ba-Ruiz voluntarily waived his rights and agreed to speak with law enforcement. Ba-Ruiz stated that he was a citizen of Mexico and unlawfully in the United States. Ba-Ruiz further stated that he was a passenger in the van that was previously stopped by law enforcement. Ba-Ruiz admitted to having a knife and that when the officer went to retrieve the knife, a struggle ensued and he broke free, fleeing from officers.

Officers presented SF with a photo lineup and SF identified Ba-Ruiz as the individual who engaged in the previous struggle resulting in physical injury to SF.

4

In addition, Officers spoke with a witness who stated that the witness observed Ba-Ruiz struggling with SF, attempting to get away from SF, and observed Ba-Ruiz swing his elbow at SF.  Witness observed SF fall to the ground, and that when the witness encountered SF, SF seemed confused and unable to clearly answer questions.  Emergency medical personal arrived to assist SF.  SF was transported to the hospital where she was treated for a concussion and injuries to the knee, jaw, and ankle.

These events occurred within the Northern District of Alabama.

Respectfully submitted May 26, 2026.

CATHERINE L. CROSBY
United States Attorney

*/s/ Electronic Signature*
JOHN G. CAMP
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defendant's counsel of record.

*/s/ Electronic Signature*
JOHN G. CAMP
Assistant United States Attorney

5